McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| FIDEL NAVARRETE,<br><br>        Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>        Defendant. | Case No.: 1:19-cv-00546-SAB<br><br>STIPULATION AND ORDER FOR AN EXTENSION OF TIME |

      IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief shall be extended by 30 days, from December 3, 2019, to January 2, 2020. This is Defendant's first request for an extension of time to respond to Plaintiff's Confidential Letter Brief. Defendant respectfully requests this additional time to research issues raised in Plaintiff's letter brief.

      The parties further stipulate that the other deadlines in the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

Dated: December 2, 2019		*/s/ Jonathan Pena*\*_____
					(*as authorized via email on December 2, 2019)
					JONATHAN PENA
					Attorney for Plaintiff


Dated: December 2, 2019		McGREGOR W. SCOTT
					United States Attorney
					DEBORAH LEE STACHEL
					Regional Chief Counsel, Region IX
					Social Security Administration

			By:	/s/ Carol S. Clark_____
					CAROL S. CLARK
					Special Assistant U.S. Attorney

					Attorneys for Defendant

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time from December 3, 2019, to January 2, 2020, to respond to Plaintiff's Confidential Letter Brief. All other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **December 3, 2019**			/s/ Barbara A. McAuliffe_____
						UNITED STATES MAGISTRATE JUDGE