McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
CAROL S. CLARK, MOBN 42670
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8975
    Facsimile: (415) 744-0134
    E-Mail: Carol.S.Clark@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| FIDEL NAVARRETE,<br><br>    Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:19-cv-00546-BAM<br><br>STIPULATION AND ORDER FOR AN SECOND EXTENSION OF TIME |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that the time for Defendant to respond to Plaintiff's Confidential Letter Brief shall be extended by 30 days, from January 2, 2020, to Monday, February 3, 2020. This is Defendant's second request for an extension of time to respond to Plaintiff's Confidential Letter Brief. Defendant respectfully requests this additional time to research issues and consult with colleagues about issues raised in Plaintiff's letter brief.

The parties further stipulate that the other deadlines in the Court's Scheduling Order shall be modified accordingly.

Counsel apologizes to the Court for any inconvenience caused by this delay.

                                            Respectfully submitted,

Dated: January 2, 2020                  */s/ Jonathan Pena*\*_____
                                            (*as authorized via email on December 31, 2019)
                                            JONATHAN PENA
                                            Attorney for Plaintiff

Dated: January 2, 2020                  McGREGOR W. SCOTT
                                            United States Attorney
                                            DEBORAH LEE STACHEL
                                            Regional Chief Counsel, Region IX
                                            Social Security Administration

                                  By:     */s/ Carol S. Clark*_____
                                                        CAROL S. CLARK
                                                        Special Assistant U.S. Attorney

                                                        Attorneys for Defendant

<u>ORDER</u>

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED, that Defendant shall have an extension of time from January 2, 2020, to February 3, 2020, to respond to Plaintiff's Confidential Letter Brief. All other deadlines set forth in the Court's Scheduling Order shall be extended accordingly.

This is Defendant's second request for an extension of time to respond to Plaintiff's Confidential Letter Brief. The parties filed their stipulation on January 2, 2020, which was the applicable deadline for Defendant's response. (*See* Doc. No. 16.) The parties are cautioned that the Local Rules require counsel to seek to obtain a necessary extension from the Court as soon as the need for the extension becomes apparent. L.R. 144(d). Any future requests for Court-approved extensions brought on or after the applicable deadline will be looked upon with disfavor. *Id.* Moreover, no further extensions of time shall be granted in the absence of a demonstrated showing of good cause, which will be narrowly construed.

IT IS SO ORDERED.

Dated: **January 3, 2020**        /s/ *Barbara A. McAuliffe*
                                                         UNITED STATES MAGISTRATE JUDGE